WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
J. Christopher Shore (JCS-6031)

Wachovia Financial Center
200 South Biscayne Boulevard., Suite 4900
Miami, Florida 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
Thomas E Lauria (admitted pro hac vice)
John K. Cunningham (JC 4661)

ATTORNEYS FOR THE AD HOC COMMITTEE
OF KENTON COUNTY BONDHOLDERS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELTA AIR LINES, INC., <u>et al.</u>, | ) | Case No. 05-17923 (ASH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that the Ad Hoc Committee of Kenton County Bondholders

(the "Kenton County Bondholders Committee"), as holders (or investment advisors to holders)

of the $419,000,000 Kenton County Airport Board, Special Facilities Revenue Bonds, 1992

Series A (Delta Air Lines, Inc. Project) and the $19,000,000 Kenton County Airport Board,

Special Facilities Revenue Bonds, 1992 Series B (Delta Air Lines, Inc. Project) issued pursuant

to that certain trust indenture dated February 1, 1992, between Kenton County Airport Board, as

issuer, and Star Bank, N.A., as trustee,[1] and guaranteed by Delta Air Lines, Inc. (collectively

---

[1]    UMB Bank, N.A. is successor trustee to Star Bank, N.A.

MIAMI 715703 (2K)

with its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases, the

"Debtors") pursuant to that certain guaranty dated February 1, 1992, by and through its

undersigned counsel, hereby appeal to the United States District Court for the Southern District

of New York under 28 U.S.C. § 158(a) from the Order Confirming Debtors' Joint Plan of

Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 5998) (the "Order")

entered by the United States Bankruptcy Court for the Southern District of New York (Judge

Adlai S. Hardin, Jr.) on April 25, 2007.  A copy of the Order appealed from is attached hereto as

Exhibit A.

The names of all parties to the orders appealed from and the names, addresses,

and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---------|-----------|
| Ad Hoc Committee of Kenton County Bondholders | Thomas E Lauria<br>J. Christopher Shore<br>John K. Cunningham, Esq.<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Phone:  (305) 371-2700 |
| The Debtors | Marshall S. Huebner, Esq.<br>Timothy Graulich, Esq.<br>James I. McClammy, Esq.<br>Andrew Dean, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone:  (212) 450-4000 |

Official Committee of Unsecured Creditors

Daniel H. Golden, Esq.
Lisa G. Beckerman, Esq.
David H. Botter, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Phone:  (212) 872-1000

Kenton County Airport Board

Wilbert L. Ziegler, Esq.
Matthew C. Smith, Esq.
Ziegler & Schneider, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY  41017-5710
Phone:  (859) 426-1300

Selinda A. Melnik, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
Phone:  (302) 425-7103

UMB Bank, N.A.

William W. Kannel, Esq.
Daniel S. Bleck, Esq.
Ian A. Hammel, Esq.
Mintz Levin Cohn Ferris
Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Phone:  (617) 542-6000

United States Trustee

Greg M. Zipes, Esq.
Office of the United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004
Phone:  (212) 510-0500

MIAMI 715703 (2K)

3

Dated:    May 4, 2007
       Miami, Florida

                              WHITE & CASE LLP
                              1155 Avenue of the Americas
                              New York, New York  10036-2787
                              (212) 819-8200
                              J. Christopher Shore (JCS-6031)

                              Wachovia Financial Center
                              200 South Biscayne Boulevard, Suite 4900
                              Miami, Florida 33131
                              (305) 371-2700


                              By: __\s\__ John K. Cunningham_____
                                        John K. Cunningham (JC 4661)
                                        Thomas E Lauria


                              ATTORNEYS FOR THE AD HOC COMMITTEE
                              OF KENTON COUNTY BONDHOLDERS