USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AD HOC COMMITTE OF KENTON COUNTY
BONDHOLDERS,

                    Appellant,

      -against-

DELTA AIR LINES,

                    Defendant.
------------------------------------------------------------X

07 civ 4148 (JGK)

ORDER

        The Court, having issued an opinion and on August 27, 2007 in <u>Ad Hoc Committe of Kenton County Bondholders, 07 civ 3968 (JGK)</u>, and judgment having been entered in that action on August 28, 2007 closing the case,

        It is hereby ordered that the above matter, 07 civ 4148 (JGK) be closed for the reasons stated in the Court's opinion and order dated August 27, 2007 in 07 civ 3968 (JGK).

**SO ORDERED.**

                                                           JOHN G. KOELTL
                                                 UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        January 7, 2008